## CONSERVATION LAW FOUNDATION, Plaintiff–Appellant,

v.

HANNAFORD BROS., INC., Martin's Foods of South Burlington, Inc., Limoge Brothers Inc. also known as Limoge Bros., Robert J. Limoge, Richard Limoge, Defendants–Appellees.

Docket No. 04–3398.

United States Court of Appeals, Second Circuit.

July 21, 2005.

Christopher M. Killian, Montpelier, Vt., for Plaintiff–Appellant.

Catherine R. Connors, Brian M., Rayback, Portland, Me., for Defendants–Appellees.

Present: JACOBS, POOLER, Circuit Judges, and HURD,* District Judge.

* The Honorable David N. Hurd, United States District Judge for the Northern District of New York, sitting by designation.

*SUMMARY ORDER*

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court is **AFFIRMED.**

Conservation Law Foundation ("CLF") appeals from the May 14, 2004 judgment of the United States District Court for the District of Vermont (Sessions, *C.J.*) granting defendants' motion to dismiss for failure to state a claim under the § 301(a) of the Clean Water Act ("CWA"), 33 U.S.C. § 1311(a). *Conservation Law Found. v. Hannaford Bros. Co.,* 327 F.Supp.2d 325 (D.Vt.2004). CLF claims that defendants' storm-water discharge violates the CWA because defendants lack a National Pollution Discharge Elimination System Permit under § 402 of the Act, 33 U.S.C. § 1342, and that defendants are not otherwise in compliance with Section 301(a). We assume the parties' familiarity with the facts, the procedural context, and the specification of appellate issues.

For substantially the reasons stated by the district court, the judgment is **AFFIRMED.**